UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| "S.S.", | ) |
| Plaintiff, | ) Case No.: 1:23-cv-2218 |
| vs. | ) |
| MITCHELL R. MILES, | ) |
| Defendant. | ) |

# COMPLAINT

The Plaintiff, on her own behalf, and through her attorneys of record, Ashley N. Hadler, Esq. of Garau Germano, P.C. and Cori Iacopelli of Marsh Law Firm PLLC, allege for her complaint as follows:

## NATURE OF THE ACTION

1. This a suit for damages arising out of the Defendant's violations of federal criminal child pornography statute 18 U.S.C. §§ 2252 (a)(4)(B) and (b)(2) and 18 U.S.C. §§ 2252 (a)(2) and (b)(1).

2. 18 U.S.C. § 2255(a) allows victims of child pornography crimes to recover liquidated damages in the amount of $150,000, and the cost of the action, including reasonable attorney's fees and other litigation costs reasonably incurred. The Court may also award punitive damages and grant such other preliminary and equitable relief as the Court determines to be appropriate.

1

## PARTIES

3. "S.S" is an adult and resides outside the Southern District of Indiana.

4. "S.S." is a pseudonym for the victim depicted in Defendant's production of child pornography.

5. The Plaintiff is a person who was sexually exploited as a child and whose sexual exploitation is depicted in videos of child pornography seized from Defendant's possession.

6. Defendant Mitchell Miles (hereinafter "Defendant Miles") is an adult who, upon information and belief, is currently in the custody of the United States Federal Bureau of Prisons and is believed to be incarcerated at USP Thomson – Thomson, IL.

7. On information and belief, Defendant Miles resided in the Southern District of Indiana at the time of his offense.

## JURISDICTION AND VENUE

8. Federal subject matter jurisdiction is proper pursuant to 28 U.S.C. § 1331 because this is a civil action arising under 18 U.S.C. § 2255.

9. Venue is proper pursuant to 28 U.S.C. §§ 1391(b)(1) and (2) because (i) this is a civil action brought in the judicial district where, on information and belief, the Defendant resided at the time of the offenses alleged herein and (ii) a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred in this judicial district.

## FACTS

**The Defendant Was Convicted of Sexual Exploitation of a Child and Possession of Child Pornography in Violation of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2252A(a)(5)(B)**

10. Defendant Miles was charged in the United States District Court, Southern District of Indiana, in the matter denominated *United States of America v. Mitchell Miles*, S.D.I.N., Case

No. 19-cr-00196, with the crimes of Sexual Exploitation of a Child and Possession of Child Pornography in violation of 18 USC § 2251(a) and § 2252(A)(5)(b). These crimes are alleged to have been committed on or about and between until March 2017 through March 2019.

11. On March 25, 2021, Defendant Miles plead guilty to Sexual Exploitation of a Child and Possession of Child Pornography as charged and was sentenced with a judgment entered against him on July 12, 2021.

12. The Court, in its judgment entered on July 12, 2021, ordered Defendant Miles to pay restitution as set forth in the Criminal Monetary Penalties section of the aforesaid judgment.

**Plaintiff is a Victim of Defendant's Crimes of Sexual Exploitation of a Child and Possession of Child Pornography**

13. Beginning sometime in March 2017 and continuing until approximately March 2019, while Plaintiff was a minor, Defendant Miles installed video cameras in the smoke detectors mounted in Plaintiff's bathroom and bedroom to surreptitiously record Plaintiff engaged in sexually explicit conduct. Defendant Miles saved the video recordings depicting Plaintiff engaged in sexually explicit conduct onto devices he owned and possessed and then hid those devices inside his residence.

**CLAIM FOR RELIEF**

**Civil Remedy under 18 U.S.C. § 2255(a)**

14. The Plaintiff repeats and re-alleges all prior paragraphs.

15. 18 U.S.C. § 2255, entitled "Civil Remedy for Personal Injuries," provides that any person who, while a minor, is a victim of a violation of 18 U.S.C. § 2252 or § 2252A and who suffers personal injury as a result of such violation shall recover the actual damages such person sustains or liquidated damages in the amount of $150,000, and the cost of the action, including reasonable attorney's fees and other litigation costs reasonably incurred.

16. The Defendant pleaded guilty to the predicate federal child pornography crime found at 18 U.S.C. § 2252(a)(4)(B).

17. 18 U.S.C. § 2252(a)(4)(B) provides that any person commits a federal crime who:

knowingly possesses, or knowingly accesses with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate commerce or in or affecting interstate or foreign commerce, or which was produced using material which have been mailed or so shipped or transported, by any means including by computer, if (i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (ii) such visual depiction is of such conduct.

18. The Plaintiff is a victim of Defendant's violation of 18 U.S.C. § 2252(a)(4)(B).

19. The Plaintiff elects liquidated damages in the amount of $150,000 and the cost of the action, including reasonable attorney's fees and other litigation costs reasonably incurred, prejudgment and post-judgment interest, and such other relief as the Court deems appropriate.

20. The Plaintiff is not seeking "actual damages" under 18 U.S.C. § 2255.

## RELIEF REQUESTED

WHEREFORE, the Plaintiff requests judgment against the Defendant as follows:

21. Liquidated damages in the amount of $150,000 each pursuant to 18 U.S.C. § 2255(a);

22. Reasonable attorney's fees pursuant to 18 U.S.C. § 2255(a);

23. Litigation costs pursuant to 18 U.S.C. § 2255(a);

24. Pre-judgment and post-judgment interest;

25. Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

26. Plaintiff demands a trial by jury.

Dated: December 11, 2023

        Respectfully Submitted,

        GARAU GERMANO, P.C.
        By: <u>Ashley N. Hadler</u>
        Ashley N. Hadler, #29939-49
        3710 Washington Boulevard
        Indianapolis, Indiana 46205
        Phone: (317) 822-9530
        Fax: (317) 822-9531
        Email: ahadler@g-glawfirm.com

        MARSH LAW FIRM, PLLC
        Cori J. Iacopelli (*pro hac vice forthcoming*)
        New York State Bar No.: 5943600
        31 Hudson Yards, 11th Floor
        New York, New York 10001
        Phone: (212) 372-3030
        Fax: (833) 210-3336
        Email: coriiacopelli@marsh.law

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that, on this the _____ day of _____, 2023, service was made of the foregoing document in a manner authorized by Fed.R.Civ.P. 5(b) and (c). The foregoing document was electronically filed with the Court's Electronic Filing System and will be served electronically on all registered attorneys of record and via U.S. Mail and/or service courier on those parties not registered on the Court's electronic filing system.

Dated: December 11, 2023

                                                                    _/s/ Ashley N. Hadler_____
                                                                      Ashley N. Hadler